**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ARIN DE JESUS GARCIA YEPES** | **CIVIL CASE NO. 1:26-CV-01836**<br>**SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TODD BLANCHE, ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

This matter was referred to United States Magistrate Judge Kayla D. McClusky for report and recommendation. After an independent review of the record and noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 12] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Arin De Jesus Garcia Yepes's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. 1] be GRANTED. Petitioner shall be RELEASED from detention as soon as practicable, not to exceed five (5) business days from today. The Government may take all necessary measures to stay apprised of Petitioner's location after his release.

IT IS FURTHER ORDERED that the parties file a Notice of Compliance with this Court within 24 hours of Petitioner's release.

IT IS FURTHER ORDERED that the Government is not prohibited by this Order from taking Petitioner into custody again to effectuate his removal.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to mail a copy of this Judgment to Petitioner at Winn Correctional Center, where Petitioner is detained.

THUS, DONE AND SIGNED in chambers on this 1st day of September 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE